RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5 2 06
BY OM

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus                         CIVIL ACTION NO. 02-50045-01
                                             JUDGE TOM STAGG

PAUL EDWARD RHEA

## ORDER

Before the court is a "Petition For Order Directing Attorney Of Record To Surrender Defense File" filed by pro se petitioner Paul Edward Rhea ("Rhea"). See Record Document 92. Rhea complains that he is unable to gain access to his criminal file, despite repeated written requests to his trial and appellate attorney, John R. Sisk ("Sisk"), urging Sisk to deliver the file. Sisk is hereby reminded of his obligation under Rule 1.16(d) of the Rules of Professional Conduct, which provides in pertinent part:

> Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as . . . surrendering papers and property to which the client is entitled . . . . Upon written request by the client, the lawyer shall promptly release to the client or the client's new lawyer the entire file relating to the matter. The lawyer may retain a copy of the file but shall not condition release over issues relating to the expense of copying the file or for any other reason. The responsibility for the cost of copying shall be determined in an appropriate proceeding.

Accordingly;

**IT IS ORDERED** that Rhea's petition requesting Sisk to release his file (Record Document 92) is **GRANTED**. Within thirty (30) days, Sisk must deliver to Rhea all files and/or records pertaining to both his trial and appellate representation, or submit an explanation to this court within fifteen (15) days outlining why this request cannot be satisfied. Petitioner is reminded that the time delays for filing a section 2255 motion continue to run, despite the communication difficulties he is currently experiencing with his former attorney.

The Clerk's Office is instructed to deliver this Order to Sisk's address of record, as well as the following address: Mr. John R. Sisk, 3719 Rapides Street, Monroe, Louisiana 71203.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this 2nd day of May, 2006.

_____
JUDGE TOM STAGG